# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-cr-00228-PA |
| Hayk Grigoryan | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>the parties</u>, IT IS ORDERED that a detention hearing is set for <u>April 11</u>, <u>2025</u>, at <u>1:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Margo A. Rocconi</u>, in Courtroom <u>790</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: April 9, 2025

_____
U.S. District Judge/Magistrate Judge

MARGO A. ROCCONI
U.S. MAGISTRATE JUDGE